UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANA HUDSON,

    Plaintiff,

v.

ALASKA AIRLINES, INC.,

    Defendant.

Case No. 18-cv-03284-PJH

**ORDER RE DISCOVERY LETTER BRIEF**

Re: Dkt. No. 32

The court is in receipt of the parties' joint "discovery" letter brief wherein plaintiff seeks to exclude defendants' two rebuttal expert disclosures. Having reviewed that briefing and the supporting papers, the court finds that plaintiff's position lacks merit and therefore DENIES plaintiff's request.

While the court has chosen to rule on plaintiff's request now in order to permit the parties to effectively prepare for trial, plaintiff's request would have been more appropriately brought as a motion in limine. The parties are warned that future evidentiary matters should be raised in motions in limine in accordance with the timeline and procedures set forth in the court's pretrial order. See Dkt. 20.

**IT IS SO ORDERED.**

Dated: June 14, 2019

PHYLLIS J. HAMILTON
United States District Judge