UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>    Defendant. | Case No. 18-cv-03284-PJH<br><br>**ORDER CHANGING TIME OF PRETRIAL CONFERENCE, AND DENYING MOTION TO CHANGE PRETRIAL CONFERENCE DATE**<br><br>Re: Dkt. No. 64 |

Before the court is defendant's unopposed motion to change the date of the pretrial conference. Dkt. 64. The motion is DENIED. The date of the pretrial conference was set on September 21, 2018 (Dkt. 20), more than ten months before Mr. Hicks noticed his appearance in this action (Dkt. 39).

However, given the court's schedule and the fact that counsel will be flying on Thursday, September 5 to attend a wedding over the weekend, the court hereby reschedules the time of the pretrial conference. The pretrial conference, originally scheduled to being at 2:00 P.M., is HEREBY RESCHEDULED to begin at 10:00 A.M. on September 5, 2019.

**IT IS SO ORDERED.**

Dated: August 26, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge